UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA CHERRY, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.

DOMINOS PIZZA LLC,

    Defendant.

Civil No. 23-10059

Honorable Jonathan J.C. Grey

## ORDER OF DISMISSAL

The Court, having reviewed plaintiff's notice of voluntary dismissal with prejudice, concludes that this cause of action has resolved and there are no matters that remain pending. Accordingly,

**IT IS ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                              **s/Jonathan J.C. Grey**
                                              Jonathan J.C. Grey
                                              United States District Judge

Dated: August 14, 2024

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 14, 2024.

       s/ S. Osorio
       Sandra Osorio
       Case Manager